United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 5, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-10694
Summary Calendar

VEODIS BURNETT,

Petitioner-Appellant,

versus

COLE JETER, Warden,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
(4:05-CV-84)
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Petitioner-Appellant Veodis Burnett, federal prisoner # 18162-112, was convicted on several heroin charges and sentenced to serve 100 months in prison. He appeals the district court's denial of his 28 U.S.C. § 2241 petition challenging the method used by the Bureau of Prisons (BOP) to calculate his good-time credits under 18 U.S.C. § 3624(b). He argues that the BOP's failure to apply basic rules of statutory construction in interpreting § 3624(b) will result in his loss of 58 days of good-time credits.

Our decision in <u>Moreland v. Federal Bureau of Prisons</u>, 431 F.3d 180, 184-89 (5th Cir. 2005), <u>cert. denied</u>, 126 S. Ct. 1906

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(2006), forecloses Burnett's claim.  In <u>Moreland</u>, we rejected similar claims that the BOP had failed to interpret § 3624(b) in accordance with basic principles of statutory construction, and we held that the statute unambiguously directs the BOP to calculate good time credits in the manner used in this case.  <u>See</u> <u>Moreland</u>, 431 F.3d at 186-89.

AFFIRMED.